---- United States Bankruptcy Court ----------- VOLUNTARY PETITION ---
    NORTHERN DISTRICT OF ILLINOIS
    EASTERN DIVISION

| | |
|---|---|
| IN RE ------------------------------ | NAME OF JOINT DEBTOR --------------- |
| DANIEL J. OLIVER | JESSICA T. OLIVER |
| ALL OTHER NAMES ------------------ | ALL OTHER NAMES -------------------- |
| SOC. SEC./TAX I.D. NO. ----------- | SOC. SEC./TAX I.D. NO. ------------- |
| - -6273 | - -8155 |
| STREET ADDRESS OF DEBTOR --------- | STREET ADDRESS OF JOINT DEBTOR ---- |
| 617 W. Hillside Drive | 617 W. Hillside Drive |
| Round Lake Beach  IL  60073 | Round Lake Beach  IL  60073 |
| COUNTY OF RESIDENCE ------------- | COUNTY OF RESIDENCE -------------- |
| Lake | Lake |
| MAILING ADDRESS OF DEBTOR -------- | MAILING ADDRESS OF JOINT DEBTOR --- |
| 617 W. Hillside Drive | 617 W. Hillside Drive |
| Round Lake Beach  IL  60073 | Round Lake Beach  IL  60073 |

VENUE ---------------------------------------------------------------
Debtors have had a residence in this District for 180 days immediately
preceding the date of this petition.
---------------- INFORMATION REGARDING DEBTOR ----------------------

TYPE OF DEBTOR
Joint (Husband and Wife)
NATURE OF DEBT
Non-Business/Consumer
A. TYPE OF BUSINESS
N/A
B. BRIEFLY DESCRIBE NATURE OF BUSINESS
N/A
STATISTICAL/ADMINISTRATIVE INFORMATION---
Debtors estimate that there will be
funds available for distribution to
unsecured creditors.

CHAPTER OF BANKRUPTCY CODE
UNDER WHICH THE PETITION
IS FILED
13
FILING FEE
Attached
-------------------------------------

ATTORNEY NAME AND ADDRESS--
Richard Mann
1752642
Five South County St.
Waukegan, IL  60085

| | | | |
|---|---|---|---|
| | range | (sard code) | |
| NO. OF CREDITORS | 1-15 | | (1) |
| ASSETS (thousands) | 100-499 | | (3) |
| LIABIL. (thousands) | 100-499 | | (3) |
| NO. OF EMPLOYEES | N/A | | |
| EQUITY SEC. HOLDERS | N/A | | |

(847) 244-2211
-------------------------------------
ATTORNEYS DESIGNATED TO
REPRESENT DEBTORS

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 04/05/2004
Time: 17:38:24
Debtor: DANIEL J OLIVER
Case: 04-13461      Fee : 194
Chapter: 13 Rec. # : 3073159
Judge: A Benjamin Goldgar
341 mtg: 05/04/2004 @ 12:30PM
ConfHrg: 06/11/2004 @ 11:00AM
Trustee: GLENN STEARNS

1:04BK13461-BK001

Names of Debtors: DANIEL J. OLIVER
JESSICA T. OLIVER
Case No.:

------------------------------------------------------------

Debtors intend to file a plan within the time allowed by statute,
rule, or order of the court.
-------- PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS ------------
NONE
-- PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE ----
NONE
------------------- REQUEST FOR RELIEF -----------------------
Debtors request relief in accordance with the chapter of title 11
United States Code specified in this petition.
----------------------- SIGNATURES ---------------------------
ATTORNEY

Date: 3/34/4

Richard Mann
1752642
------------------------------------------------------------

JOINT DEBTORS
I declare under penalty of perjury that the information provided in
this petition is true and correct.

Date: 3/25/04

DANIEL J. OLIVER

Date: 3-25-04

JESSICA T. OLIVER
------------------------------------------------------------

In re: DANIEL J. OLIVER                          Case No:
       JESSICA T. OLIVER

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

====================== SUMMARY OF SCHEDULES ======================

| Schedule name | No. Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|
| X (mark if attached) | | | | |
| ____ A - Real Property | 1 | 135,000.00 | ---- | ---- |
| ____ B - Personal Property | 3 | 3,310.00 | ---- | ---- |
| ____ C - Property Claimed as Exempt | 2 | ---- | ---- | ---- |
| ____ D - Creditors Holding Secured Claims | 1 | ---- | 144,624.00 | ---- |
| ____ E - Creditors Holding Unsecured Priority Claims | 2 | ---- | 0.00 | ---- |
| ____ F - Creditors Holding Unsecured Non-priority Claims | 2 | ---- | 15,881.51 | ---- |
| ____ G - Executory Contracts and Unexpired Leases | 1 | ---- | ---- | ---- |
| ____ H - Codebtors | 1 | ---- | ---- | ---- |
| ____ I - Current Income of Individual Debtors | 2 | ---- | ---- | 2,333.33 |
| ____ J - Current Expenditures of Individual Debtors | 2 | ---- | ---- | 2,047.00 |

--------------------------------------------------------------------
|        Summary Sheet  |  1 | ************************************* |
|     Total No. Sheets  | 18 | ************************************* |
|       Total Assets -> |    | 138,310.00 |********************* |
|       Total Liabilities -> |  | 160,505.51 |******* |
|       Total No. of Creditors -> |  | 10 |******* |
|       Excess Income (if any) -> |  | 286.33 | |
====================================================================

In re: DANIEL J. OLIVER                    Case No:
       JESSICA T. OLIVER

### SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtors' interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of debtors' interest in property | Amount of secured claim |

Single family residence

                                    Debtors' interest:      135,000.00
              Owner: Joint    Total debt on property:      144,624.00
           Location: 617 W. Hillside Drive, Round Lake Beach, IL
 Nature of interest: Joint tenancy
Secured creditor(s): Wells Fargo Home Mortgage
         Possession: In debtor's possession.

                                    Total:        135,000.00

In re: DANIEL J. OLIVER                        Case No:
       JESSICA T. OLIVER

## SCHEDULE B - PERSONAL PROPERTY

| Type of property<br><br>Description and location of property | Current market value of debtors' interest in property without deducting any secured claim or exemption |
|---|---|

1.  Cash on hand.
Cash on hand
            Owner: Joint           Debtors' interest:         10.00
                                   Total debt on property:     0.00
            Location: In debtor's possession.

2.  Checking, savings, or other financial accounts, certificates of
    deposit, or shares in banks, savings and loan, thrift, building
    and loan, and homestead associations, or credit unions, brokerage
    houses, or cooperatives.
Checking account
            Owner: Joint           Debtors' interest:      1,200.00
                                   Total debt on property:     0.00
            Possession: In debtor's possession.
                        Guaranty Bank

3.  Security deposits with public utilities, telephone companies,
    landlords, and others.
    NONE
4.  Household goods and furnishings, including audio, video, and
    computer equipment.
Household goods
            Owner: Joint           Debtors' interest:        200.00
                                   Total debt on property:     0.00
            Location: In debtor's possession.

5.  Books, pictures, and other art objects, antiques, stamp, coin,
    record, tape, compact disc, and other collections or collectibles.
    NONE
6.  Wearing apparel.
Wearing apparel
            Owner: Joint           Debtors' interest:        200.00
                                   Total debt on property:     0.00
            Location: In debtor's possession.

7.  Furs and jewelry.
    NONE
8.  Firearms and sports, photographic, and other hobby equipment.
    NONE
9.  Interests in insurance policies.
    NONE

In re: DANIEL J. OLIVER                          Case No:
       JESSICA T. OLIVER

10. Annuities.
    NONE
11. Interests in IRA, ERISA, Keogh, or other pension or profit
    sharing plans.
    NONE
12. Stock and interests in incorporated and unincorporated businesses.
    NONE
13. Interests in partnerships or joint ventures.
    NONE
14. Government and corporate bonds and other negotiable and non-
    negotiable instruments.
    NONE
15. Accounts receivable.
    NONE
16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.
    NONE
17. Other liquidated debts owing debtor including tax refunds.
    NONE
18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    NONE
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    NONE
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.
    NONE
21. Patents, copyrights, and other intellectual property.
    NONE
22. Licenses, franchises, and other general intangibles.
    NONE
23. Automobiles, trucks, trailers, and other vehicles or accessories.
1987 Jeep Cherokee
            Owner: Joint              Debtors' interest:         500.00
                                      Total debt on property:      0.00
            Location: In debtor's possession.

1995 Ford Aerostar van
            Owner: Joint              Debtors' interest:       1,200.00
                                      Total debt on property:      0.00
            Location: In debtor's possession.

24. Boats, motors, and accessories.
    NONE
25. Aircraft and accessories.
    NONE

In re: DANIEL J. OLIVER          Case No:
       JESSICA T. OLIVER

26. Office equipment, furnishings, and supplies.
    NONE
27. Machinery, fixtures, equipment, and supplies used in business.
    NONE
28. Inventory.
    NONE
29. Animals.
    NONE
30. Crops - growing or harvested.
    NONE
31. Farming equipment and implements.
    NONE
32. Farm supplies, chemicals, and feed.
    NONE
33. Other personal property of any kind not already listed.
    NONE

                                  Total:        3,310.00

In re: DANIEL J. OLIVER                    Case No:
        JESSICA T. OLIVER

### SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtors elect the exemptions to which debtors are entitled under:

   11 U.S.C. sec. 522(b)(2)

   Exemptions available under applicable non-bankruptcy federal laws,
   state or local law where the debtors' domicile has been located
   for the 180 days immediately preceding the filing of the petition
   or for a longer portion of the 180 day period than in any other
   place, and the debtors' interest as a tenant by the entirety or
   joint tenant to the extent the interest is exempt from process
   under applicable non-bankruptcy law.

   Debtors are married.

| Description of property | Value of claimed exemption |
|---|---|
| Specify law providing each exemption | Current market value of property without deducting exemption |

**1987 Jeep Cherokee**
   Debtors' interest:        500.00     Value exempt:         500.00
        Law: 735 ILCS 5/12-1001

**1995 Ford Aerostar van**
   Debtors' interest:      1,200.00     Value exempt:       1,200.00
        Law: 735 ILCS 5/12-1001

**Cash on hand**
   Debtors' interest:         10.00     Value exempt:          10.00
        Law: 735 ILCS 5/12-1001

**Checking account**
   Debtors' interest:      1,200.00     Value exempt:       1,200.00
        Law: 735 ILCS 5/12-1001

**Household goods**
   Debtors' interest:        200.00     Value exempt:         200.00
        Law: 735 ILCS 5/12-1001

**Single family residence**
        Address:   617 W. Hillside Drive, Round Lake Beach, IL
   Debtors' interest:     135,000.00     Value exempt:      15,000.00
        Law: 735 ILCS 5/12-1001
        Total debt
        on property:     144,624.00

In re: DANIEL J. OLIVER                              Case No:
       JESSICA T. OLIVER

Wearing apparel
       Debtors' interest:            200.00     Value exempt:            200.00
              Law: 735 ILCS 5/12-1001

In re: DANIEL J. OLIVER                    Case No:
       JESSICA T. OLIVER

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

==================================================================

| Creditor's name and complete mailing address including zip code | Amount of claim without deducting value of collateral |
|---|---|
| Date claim was incurred, nature of lien, and description and market value of property subject to the lien | Unsecured portion, if any |

==================================================================

Account no.: 8698140                  Amount of claim:        133,324.00
Wells Fargo Home Mortgag                   Unsecured:              0.00
PO Box 9194              Liable: Joint
Des Moines, IA
50306-9194
                Incurred: 3/2000
          Nature of lien: Mortgage
               Claim is: Fixed and liquidated.
  Collateral description: Single family residence
Collateral market value:      135,000.00

Account no.:                          Amount of claim:         11,300.00
Wells Fargo Home Mortgag                   Unsecured:              0.00
PO Box 9194              Liable: Joint
Des Moines, IA
50306-9194
          Nature of lien: Arrears on mortgage
               Claim is: Fixed and liquidated.
  Collateral description: Single family residence
Collateral market value:      135,000.00

                              Subtotal this page:      144,624.00
                                         Total:        144,624.00

In re: DANIEL J. OLIVER                          Case No:
       JESSICA T. OLIVER

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

TYPES OF PRIORITY CLAIMS:

Wages, Salaries, and Commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. sec. 507(a)(3).

Contributions to Employee Benefit Plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first to the extent provided in 11 U.S.C. sec. 507(a)(4).

Certain Farmers or Fishermen

Claims of certain farmers or fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. sec. 507(a)(5).

Deposits by Individuals

Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.   11 U.S.C. sec. 507(a)(6).

Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. sec. 507(a)(7).

In re: DANIEL J. OLIVER                    Case No:
       JESSICA T. OLIVER

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

1.  Wages, Salaries, and Commissions.

    NONE

2.  Contributions to Employee Benefit Plans.

    NONE

3.  Certain Farmers or Fishermen.

    NONE

4.  Deposits by Individuals.

    NONE

5.  Taxes and Certain Other Debts Owed to Governmental Units.

    NONE

                                    Subtotal this page:        0.00
                                             Total:            0.00

                                                            Page 2

In re: DANIEL J. OLIVER                          Case No:
       JESSICA T. OLIVER

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

===============================================================================

| Creditor's name and complete mailing address including zip code | Amount of claim |
|---|---|

-------------------------------------------------------------------------------

Date claim was incurred and consideration for claim.
If claim is subject to setoff, so state.

===============================================================================

Account no.: 62SU82                    Amount of claim:              83.35
AT&T
c/o NCO Financial System  Liable: Husband
PO Box 41457
Philadelphia, PA
19101-1457
                    Incurred: 2002
Consideration for claim: Services
                    Claim is: Fixed and liquidated.

Account no.:                           Amount of claim:           1,500.00
American General
3632 W. 95th Street      Liable: Husband
Evergreen Park, IL
60805-2106
                    Incurred: 1998
Consideration for claim: Signature loan
                    Claim is: Fixed and liquidated.

Account no.: 5291071453135475          Amount of claim:           2,706.73
Capital One
c/o OSI Collection Srvcs  Liable: Husband
PO Box 550720
Jacksonville, FL
32255-0270
                    Incurred: 2002
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

Account no.: 4621201022200898          Amount of claim:             554.88
Citibank
c/o Northland Group Inc   Liable: Husband
PO Box 390857
Edina, MN 55439
                    Incurred: 2002
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.


                              Subtotal this page:              4,844.96

In re: DANIEL J. OLIVER                          Case No:
         JESSICA T. OLIVER

Account no.:                             Amount of claim:              80.00
Condell Acute Care
c/o Certified Services         Liable: Wife
PO Box 177
Waukegan, IL 60079-0177
               Incurred: 2002
Consideration for claim: Services
               Claim is: Fixed and liquidated.

Account no.: 6011007540191664            Amount of claim:           1,702.07
Discover
PO Box 3008                    Liable: Wife
New Albany, OH
43054-3008
               Incurred: 2001
Consideration for claim: Purchases
               Claim is: Fixed and liquidated.

Account no.: 929677                      Amount of claim:           9,187.77
Ford Motor Credit Co.
c/o Bowman, Heintz,            Liable: Husband
Boscia & Vician
8605 Broadway
Merrillville, IN 46410
               Incurred: 2003
Consideration for claim: Repossessed vehicle
               Claim is: Fixed and liquidated.

Account no.: 62FM12                      Amount of claim:              66.71
MCI Telecommunications
c/o NCO Financial System   Liable: Husband
PO Box 41457
Philadelphia, PA
19101-1457
               Incurred: 2003
Consideration for claim: Services
               Claim is: Fixed and liquidated.

                            Subtotal this page:        11,036.55
                                       Total:          15,881.51

                                                           Page 2

In re: DANIEL J. OLIVER                    Case No:
       JESSICA T. OLIVER

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtors' interest. State whether lease is for non-residential real property. State contract number of any government contract. |
|---|---|

NONE

In re: DANIEL J. OLIVER                    Case No:
        JESSICA T. OLIVER

## SCHEDULE H - CODEBTORS

================================================================================
| Name and address of codebtor         | Name and address of creditor        |
================================================================================

NONE

In re: DANIEL J. OLIVER                    Case No:
      JESSICA T. OLIVER

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS

====================================================================
  DEBTORS' MARITAL STATUS: Married and living together

  DEPENDENTS OF DEBTORS
  Living with debtors:
    Daniel Oliver, Jr., son, age 2; Maddison Oliver, daughter, age 4
--------------------------------------------------------------------
  EMPLOYMENT:
  HUSBAND

         Occupation: Carpenter
      Employer name: Lakeshore Remodeling
    How long employed: 2 years
   Address of employer: Ingleside  IL
  WIFE
    NONE
====================================================================

| INCOME: | HUSBAND | WIFE |
|---|---|---|
| Current monthly gross wages, salary, and commissions............... | 2,080.00 | 0.00 |
| Estimated monthly overtime........... | 0.00 | 0.00 |
| SUBTOTAL............................. | 2,080.00 | 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security................ | 346.67 | 0.00 |
| b.  Insurance...................... | 0.00 | 0.00 |
| c.  Union dues..................... | 0.00 | 0.00 |
| d.  Other:  HUSBAND  NONE  WIFE  NONE | | |
| SUBTOTAL OF DEDUCTIONS............. | 346.67 | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY....... | 1,733.33 | 0.00 |
| Regular income from operation of business or profession or farm........ | 0.00 | 0.00 |
| Income from real property............ | 600.00 | 0.00 |
| Interest and dividends............... | 0.00 | 0.00 |

In re: DANIEL J. OLIVER                          Case No:
        JESSICA T. OLIVER

Alimony, maintenance, or support
payments payable to the debtor
for the debtor's use or that of
dependents listed above..............          0.00               0.00

Social security or other government
assistance:
        HUSBAND
            NONE

        WIFE
            NONE

Pension or retirement income                    0.00               0.00

Other monthly income:
        HUSBAND
            NONE

        WIFE
            NONE

TOTAL MONTHLY INCOME..................       2,333.33              0.00

TOTAL COMBINED MONTHLY INCOME.........       2,333.33

Describe any increase or decrease of more than 10% in any of the above
categories anticipated to occur within the year following the filing
of this document:
  NONE

In re: DANIEL J. OLIVER                    Case No:
        JESSICA T. OLIVER

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are for BOTH DEBTORS

Rent/home mortgage payments..............................   1,285.00

    REAL ESTATE TAXES ARE INCLUDED.
    PROPERTY INSURANCE IS INCLUDED.

Utilities: Electricity and heating fuel...............   175.00
           Water and sewer...........................    12.00
           Telephone................................    30.00
           Other:
             NONE

Home maintenance.......................................     0.00
Food...................................................   350.00
Clothing...............................................    30.00
Laundry and dry cleaning...............................     0.00
Medical and dental expenses............................    25.00
Transportation.........................................    50.00
Recreation, clubs, and entertainment,
newspapers, magazines, etc.............................     0.00
Charitable contributions...............................     0.00

Insurance:
           Homeowner's or renter's....................     0.00
           Life.......................................     0.00
           Health.....................................     0.00
           Auto.......................................    90.00
           Other:
             NONE

Taxes:
  NONE

Installment payments:
           Auto.......................................     0.00
           Other:
             NONE

Alimony, maintenance, and support paid to others.......     0.00

Payments for support of additional dependents
not living at your home................................     0.00

Regular expenses from operation of business,
profession, or farm....................................     0.00

In re: DANIEL J. OLIVER                        Case No:
      JESSICA T. OLIVER


Other:
  NONE

TOTAL MONTHLY EXPENSES................................     2,047.00

A.   Total projected monthly income....................     2,333.33
B.   Total projected monthly expenses..................     2,047.00
C.   Excess income (A minus B).........................       286.33
D.   Total amount to be paid into Plan.................       286.33
    Payment period is: Monthly


(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

DECLARATION

I, DANIEL J. OLIVER, and I, JESSICA T. OLIVER, named as the debtors in
this case, declare under penalty of perjury that I have read the
foregoing Summary and Schedules, consisting of 18 sheets, and that it
is true and correct to the best of my information and belief.

Signature _____        Date: 3/25/04
        DANIEL J. OLIVER

Signature: _____        Date: 3-25-04
        JESSICA T. OLIVER

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioners

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                              Case No.:
DANIEL J. OLIVER
Social Security No.: -  -6273      Statement of Financial Affairs

JESSICA T. OLIVER                  Chapter 13
Social Security No.: -  -8155
Debtors

1.   Income from employment or operation of business.

     State the gross amount of income the debtors have received from
     employment, trade, or profession, or from operation of debtors'
     business from the beginning of this calendar year to the date this
     case was commenced.  State also the gross amounts received during
     the two years immediately preceding this calendar year.

     HUSBAND

          This year: 19 4                    Amount:         4,000.00
               Source: Work
          Last year: 19 3                    Amount:        25,000.00
               Source: Work
     Previous year: 19 2                      Amount:        31,000.00
               Source: Work

     WIFE

          This year: 19 4                    Amount:             0.00
               Source:
          Last year: 19 3                    Amount:             0.00
               Source:
     Previous year: 19 2                      Amount:             0.00
               Source:

2.   Income other than from employment or operation of business.

     State the amount of income received by the debtors other than from
     employment, trade, profession, or operation of the debtors' business
     during the two years immediately preceding the commencement of this
     case.

HUSBAND

| | | | |
|---|---|---|---|
| This year: 19 4 | | Amount: | 0.00 |
| Source: | | | |
| Last year: 19 3 | | Amount: | 0.00 |
| Source: | | | |
| Previous year: 19 2 | | Amount: | 0.00 |
| Source: | | | |

WIFE

| | | | |
|---|---|---|---|
| This year: 19 4 | | Amount: | 0.00 |
| Source: | | | |
| Last year: 19 3 | | Amount: | 0.00 |
| Source: | | | |
| Previous year: 19 2 | | Amount: | 0.00 |
| Source: | | | |

3.  Payments to creditors.

    a.  List all payments on loans, installment purchases of goods or
        services, and other debts, aggregating more than $600 to any
        creditor, made within 90 days immediately preceding the
        commencement of this case.

        NONE

    b.  List all payments made within one year immediately preceding
        the commencement of this case to or for the benefit of creditors
        who are or were insiders.

        NONE

4.  Suits, executions, garnishments, and attachments.

    a.  List all suits to which the debtors are or were a party within
        one year immediately preceding the filing of this bankruptcy
        case.

        NONE

    b.  Describe all property that has been attached, garnished, or
        seized under any legal or equitable process within one year
        immediately preceding the commencement of this case.

        NONE

5.  Repossessions, foreclosures, and returns.

    List all property that has been repossessed by a creditor, sold
    at a foreclosure sale, transferred through a deed in lieu of

foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

NONE

6.  Assignments and receiverships.

   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

      NONE

   b.  List all property which has been in the hands of a receiver or court-appointed official within one year immediately preceding the commencement of this case.

      NONE

7.  Gifts.

   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

   NONE

8.  Losses.

   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

   NONE

9.  Payments related to debt counseling or bankruptcy.

   List all payments made or property transferred by or on behalf of the debtors to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

   Richard Mann
   Five South County St.
   Waukegan, IL  60085
   (847) 244-2211

         Filing fee: 194.00
      Attorney's fees:        2,200.00

Source was: Tax refund
Date(s) of payment: 2/19/04

10. Other transfers.

List all other property, other than property transferred in the
ordinary course of the business or financial affairs of the debtors
transferred either absolutely or as security within one year
immediately preceding the commencement of this case.

NONE

11. Closed financial accounts.

List all financial accounts and instruments held in the name of the
debtors or for the benefit of the debtors which were closed, sold,
or otherwise transferred within one year immediately preceding the
commencement of this case.

NONE

12. Safe deposit boxes.

List each safe deposit box or other box or depository in which the
debtors have or had securities, cash, or other valuables within one
year immediately preceding the commencement of this case.

NONE

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a
debt or deposit of the debtors within 90 days preceding the
commencement of this case.

NONE

14. Property held for another person.

List all property owned by another person that the debtors hold or
control.

NONE

15. Prior address of debtors.

If the debtors have moved within the two years immediately preceding
the commencement of this case, list all premises which the debtors
occupied during that period and vacated prior to the commencement
of this case.

Husband's length of time at current residence:

3 years
Wife's length of time at current residence:
3 years
Husband's prior residences

Wife's prior residences

16. Nature, location, and name of business.

    a.  For individuals, list the names and addresses of all businesses in which either debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which either debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

       NONE

    b.  If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

       N/A

    c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

       N/A

17. Books, records, and financial statements.

    a.  List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtors.

       N/A

    b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtors.

       N/A

    c.  List all firms or individuals who at the time of the

commencement of this case were in possession of the books of account and records of the debtors.

N/A

d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtors.

N/A

18. Inventories.

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

N/A

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

N/A

19. Current Partners, Officers, Directors, and Shareholders.

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

N/A

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

N/A

20. Former partners, officers, directors, and shareholders.

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

N/A

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

N/A

21. Withdrawals from a partnership or distributions by a corporation.

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

N/A

(The penalties for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. - 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, DANIEL J. OLIVER, and I, JESSICA T. OLIVER, named as the debtors in this case, declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, consisting of 7 sheets, and that it is true and correct to the best of my information and belief.

Signature: _____     Date: 3/28/04
DANIEL J. OLIVER

Signature: _____     Date: 3-25-04
JESSICA T. OLIVER

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioners

### UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re                              Case No.:
DANIEL J. OLIVER
Social Security No.: - -6273       Individual Debtor's Statement of
                                   Intention
JESSICA T. OLIVER
Social Security No.: - -8155       Chapter 13
Debtors

FOR - HUSBAND

1.  I, the debtor, have filed a schedule of assets and liabilities which
    includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which
    secures those consumer debts is as follows:

    a.  Property to be surrendered.
    ----------------------------------------------------------------------
    | Description of property          | Creditor's name and address     |
    ----------------------------------------------------------------------

NONE

    b.  Property to be retained.
    ----------------------------------------------------------------------
    | Description of property          | Creditor's name and address     |
    ----------------------------------------------------------------------
    | Method of retention:

     The debt will be reaffirmed pursuant to sec. 524(c) (Reaffirm)

     The property is claimed exempt and will be redeemed pursuant to
     sec. 722. (Redeem)

     Lien will be avoided pursuant to sec. 522(f) and property claimed
     as exempt.
     Judicial lien (Judicial lien avoidance)
     Nonpossessory, nonpurchase-money security interest (N.P.M.S.I. lien)
    ----------------------------------------------------------------------

Single family residence

Method of retention:
Reaffirm

Wells Fargo Home Mortgag
PO Box 9194
Des Moines, IA
50306-9194

Single family residence

Method of retention:
Reaffirm

Wells Fargo Home Mortgag
PO Box 9194
Des Moines, IA
50306-9194

3.  I understand that section 521(2)(B) of the Bankruptcy Code requires
    that I perform the above stated intentions within 45 days of the
    filing of this statement with the court, or within such additional
    time as the court, for cause, within such 45-day period fixes.

FOR - WIFE

1.  I, the debtor, have filed a schedule of assets and liabilities which
    includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which
    secures those consumer debts is as follows:

    a.  Property to be surrendered.

    ------------------------------------------------------------------
    | Description of property          | Creditor's name and address |
    ------------------------------------------------------------------

NONE

    b.  Property to be retained.

    ------------------------------------------------------------------
    | Description of property          | Creditor's name and address |
    ------------------------------------------------------------------
    | Method of retention:
    |
    | The debt will be reaffirmed pursuant to sec. 524(c) (Reaffirm)
    |
    | The property is claimed exempt and will be redeemed pursuant to
    | sec. 722. (Redeem)
    |
    | Lien will be avoided pursuant to sec. 522(f) and property claimed
    | as exempt.
    | Judicial lien (Judicial lien avoidance)
    | Nonpossessory, nonpurchase-money security interest (N.P.M.S.I. lien)
    ------------------------------------------------------------------

Single family residence                 Wells Fargo Home Mortgag
                                         PO Box 9194
Method of retention:                     Des Moines, IA
Reaffirm                                 50306-9194


Single family residence                 Wells Fargo Home Mortgag
                                         PO Box 9194
Method of retention:                     Des Moines, IA
Reaffirm                                 50306-9194


3.  I understand that section 521(2)(B) of the Bankruptcy Code requires
    that I perform the above stated intentions within 45 days of the
    filing of this statement with the court, or within such additional
    time as the court, for cause, within such 45-day period fixes.

Page 3

(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, DANIEL J. OLIVER, and I, JESSICA T. OLIVER, named as the debtors in
this case, declare under penalty of perjury that I have read the
foregoing Individual Debtor's Statement of Intention, consisting of
4 sheets, and that it is true and correct to the best of my
information and belief.

Signature: _____       Date: _____
      DANIEL J. OLIVER

Signature: _____       Date: 3-25-04
      JESSICA T. OLIVER

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioners

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                              Case No.:
DANIEL J. OLIVER
Social Security No.: -  -6273      Notice of Available Chapters

JESSICA T. OLIVER                  Chapter 13
Social Security No.: -  -8155
Debtors

If you intend to file a petition for relief under the bankruptcy laws
of the United States, and your debts are primarily consumer debts, the
Clerk of Court is required to notify you of each chapter of the
Bankruptcy Code under which you may seek relief.  You may proceed under:

    Chapter  7 -- Liquidation, or

    Chapter 11 -- Reorganization, or

    Chapter 12 -- Adjustment of Debts of a Family Farmer With Regular
                  Annual Income

    Chapter 13 -- Adjustment of Debts of an Individual With Regular
                  Income

If you have any questions regarding the information contained in this
notice you should consult with your attorney.

                         Clerk of Court

Richard Mann                          1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioners

### UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re                                    Case No.:
DANIEL J. OLIVER
Debtor
Social Security No.: -  -6273            Rule 2016(b) - Statement of
                                         Attorney Compensation

JESSICA T. OLIVER                        Chapter 13
Debtor
Social Security No.: -  -8155

Pursuant to 11 U.S.C. sec. 329 and Rule of Bankruptcy Procedure 2016(b), the undersigned, attorney for the debtors in this case, makes this statement setting forth the compensation paid or agreed to be paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the case by the undersigned, and the source of such compensation.

1.  Prior to the filing of this disclosure statement, the debtors in this case have paid to the undersigned the sum of $2,200.00 plus $194.00 for the filing fee in this case.

    The source of the PAID sum was: Tax refund

2.  In addition, the debtors have agreed to pay the following:

    NOT APPLICABLE

3.  The undersigned has not shared or agreed to share any portion of such compensation with any other person who is not a member or regular associate of the undersigned's law firm.

4.  The undersigned has not received any other payment in this case, and has no other agreement, except as set out herein.


Signature: _____          Date: _____
            Richard Mann
            1752642

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

Bankruptcy Case Number:_____

DANIEL J. OLIVER
JESSICA T. OLIVER

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _10_____

The above-named Debtor(s) hereby verify that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _3/25/04_____

_____
Debtor

_____
Joint Debtor

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

THE PURPOSE OF THIS NOTICE IS TO ACQUAINT YOU WITH THE FOUR CHAPTERS OF THE FEDERAL BANKRUPTCY CODE UNDER WHICH YOU MAY FILE A BANKRUPTCY PETITION. THE BANKRUPTCY LAW IS COMPLICATED AND NOT EASILY DESCRIBED. THEREFORE, YOU SHOULD SEEK THE ADVICE OF AN ATTORNEY TO LEARN OF YOUR RIGHTS AND RESPONSIBILITIES UNDER THE LAW SHOULD YOU DECIDE TO FILE A PETITION WITH THE COURT.  COURT EMPLOYEES ARE PROHIBITED FROM GIVING YOU LEGAL ADVICE.

## Chapter 7:  Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1.      Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.      Under chapter 7 a trustee takes possession of all your property.  You may claim certain of your property as exempt under governing law.  The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3       The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts.  If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.      Even if you receive a discharge, there are some debts that are not discharged under the law.  Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.      Under certain circumstances you may keep property that you have purchased subject to valid security interest.  Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $30 administrative fee)

1.      Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time.  You are eligible for chapter 13 only if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.      Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.  Usually, the period allowed by the court to repay your debts is three years, but no more than five years.  Your plan must be approved by the court before it can take effect.

3.      Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.      After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee plus $30 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

I, the debtor, affirm that I have read this notice.

| | |
|---|---|
| _____ Date | _____ Signature of Debtor |

Case Number _____

DISTRIBUTION:                    DEBTOR/COURT

B201(Rev.12/00)