IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DANIEL J. & JESSICA T. OLIVER | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
|           Creditor, | ) |
| | ) |
|     vs. | ) CASE NO. 04B13461 |
| | ) JUDGE A. BENJAMIN GOLDGAR |
| DANIEL J. & JESSICA T. OLIVER, | ) |
|           Debtor, | ) |

### **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of February 13, 2007.

   a. Attorney's Fees                                     $400.00

   b. Late Charge                                        $ 54.43

   c. Property Inspections and other fees        $79.20

   d. Balance due on Cost of Collections
      (as of April 6, 2007)                    $138.86

   Total                                        $672.49

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088