```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 13461
    DANIEL J OLIVER
    JESSICA T OLIVER                            CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-6273     SSN XXX-XX-8155


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.   The case was filed on 04/05/04 and confirmed on 08/27/04.

      2.   The plan is paid in full.

      3.   The Debtor paid a total of $   30187.00 .

      4.   The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG        .00            .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE   15271.97            .00       15271.97
NCO FINANCIAL SYSTEMS IN UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE SECURED          2428.77         282.70        2428.77
CAPITAL ONE FINANCIAL    UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORPORA UNSECURED          554.88           .00          432.21
CERTIFIED SERVICES INC   UNSECURED       NOT FILED           .00            .00
DISCOVER BANK            UNSECURED         1794.17           .00        1397.52
FORD MOTOR CREDIT        UNSECURED        10229.74           .00        7968.18
MCI TELECOMMUNICATIONS   UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED           .00            .00
WELLS FARGO HOME MORTGAG COST OF COLLE      200.00           .00          200.00
WELLS FARGO HOME MORTGAG COST OF COLLE      150.00           .00          150.00
WELLS FARGO HOME MORTGAG COST OF COLLE      500.00           .00          500.00
DAVID P LEIBOWITZ        ORIGINAL ATTO   NOT FILED           .00            .00
RICHARD MANN             ORIGINAL ATTO        .00            .00            .00
            Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED       PRIORITY   UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  17700.74      850.00    12578.79         .00      31129.53
PRINCIPAL PAID      17700.74      850.00     9797.91         .00      28348.65
INTEREST PAID         282.70         .00         .00         .00        282.70
TOTAL PAID          17983.44      850.00     9797.91         .00      28631.35
The Debtor's attorney, DAVID P LEIBOWITZ                , was allowed $        .00
and was paid $         .00 .

The Trustee received $    1320.65 .

Refunds to the Debtor totaled $       235.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 13461 DANIEL J OLIVER & JESSICA T OLIVER